UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00107-DB |
| | ) | |
| Plaintiff, | ) | ORDER RESETTING COLLATERAL, |
| | ) | RECALLING BENCH WARRANT, AND |
| v. | ) | CHANGING NAME ON VIOLATION NOTICE |
| | ) | 6281869/CA52 |
| TAYLOR E. ROOD, | ) | |
| | ) | DATE:  February 14, 2017 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Deborah Barnes |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral, Recall Bench Warrant, and Change Name on Violation Number 6281869/CA52, is GRANTED.  Defendant SIERRA LYNN HOAG shall be permitted to forfeit collateral in the total amount of $180.00; the $360.00 forfeitable bench warrant issued against Taylor E. Rood on February 14, 2017, shall be recalled; and the Court and Central Violations Bureau shall change the name in Case

///

///

///

///

1  Number 2:17-po-00107-DB, relating to Violation Number 6281869/CA52,

2  to defendant SIERRA LYNN HOAG.

3       IT IS SO ORDERED.

4  Dated:  March 24, 2017

5

6

7  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28