UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TAYLOR E. ROOD,<br><br>          Defendant. | 2:17-po-00107-DB<br><br>ORDER RESETTING COLLATERAL,<br>RECALLING BENCH WARRANT, AND<br>CHANGING NAME ON VIOLATION NOTICE<br>6281869/CA52<br><br>DATE: February 14, 2017<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral, Recall Bench Warrant, and Change Name on Violation Number 6281869/CA52, is GRANTED. Defendant SIERRA LYNN HOAG shall be permitted to forfeit collateral in the total amount of $180.00; the $360.00 forfeitable bench warrant issued against Taylor E. Rood on February 14, 2017, shall be recalled; and the Court and Central Violations Bureau shall change the name in Case

///
///
///
///

ORDER TO RESET, RECALL, CHANGE NAME          1          U.S. v. TAYLOR E. ROOD

Number 2:17-po-00107-DB, relating to Violation Number 6281869/CA52, to defendant SIERRA LYNN HOAG.

IT IS SO ORDERED.

Dated:  March 24, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE